UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00103-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIMIN YOUNG MUSE,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, June 4, 2012,** and responses to these motions shall be filed by **Wednesday, June 13, 2012.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, June 18, 2012, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly contact the Court if a motions hearing and/or final trial preparation conference needs to be set.

Dated: April 19, 2012.

                           BY THE COURT:

                           s/ Wiley Y. Daniel
                           WILEY Y. DANIEL
                           CHIEF U. S. DISTRICT JUDGE